FRANK ETTINGER, Respondent, v. JOSEPH AGRESS and JACOB KRAVCHICK,

Appellants.— Order denying defendants' motion to dismiss the complaint with respect to the first item of relief demanded therein, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Scudder, JJ., concur.